1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | ANN H. VORIS, Bar #100433
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROBERT C. CORDOVA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:10-cr-00319 OWW |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE FOR A CHANGE OF PLEA HEARING; ORDER |
| v. | ) | |
| ROBERT C. CORDOVA, | ) | Date: March 28, 2011 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for February 14, 2011, **may be continued to March 28, 2011, at 9:00 a.m.** for a change of plea hearing.

This reason for the continuance is that counsel are anticipating a change of plea being filed, but continuing negotiations. This continuance will permit resolution and conserve time and resources for both parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii) and (iv).

///

BENJAMIN B. WAGNER
United States Attorney

DATED: February 8, 2011          By:   /s/ Brian Enos
                                        BRIAN ENOS
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: February 8, 2011          By:   /s/ Ann H. Voris
                                        ANN H. VORIS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Robert C. Cordova


## O R D E R

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii) and (iv).   IT IS SO ORDERED.

**Dated:   February 9, 2011**                    /s/ Oliver W. Wanger
                                                UNITED STATES DISTRICT JUDGE