```
BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ROBERT C. CORDOVA,<br><br>   Defendant. | Case. No. 1:10-cr-00319 OWW<br><br>**THE UNITED STATES' REQUEST FOR DISMISSAL; ORDER**<br><br>Fed. R. Crim. Proc. 48(a) |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney's Office hereby moves to dismiss the indictment against ROBERT C. CORDOVA, without prejudice and in the interest of justice.


                                         Respectfully submitted,

                                         BENJAMIN B. WAGNER
                                         United States Attorney

Dated: March 28, 2011        By:  /s/ Brian W. Enos
                                         BRIAN W. ENOS
                                         Assistant U.S. Attorney

1

**ORDER**

IT IS HEREBY ORDERED that the criminal indictment against ROBERT C. CORDOVA be dismissed, without prejudice and in the interest of justice.

IT IS SO ORDERED.

**Dated:   March 28, 2011**               /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE